# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | NO. 08-CV-30118-WDS |
| STEPHEN J. ABERNATHY, ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

On December 20, 2010, the Court modified the conditions of the defendant's supervised release, which included the condition that the defendant should reside in a residential reentry center at the direction of probation (See Doc. 45).

It has come to the attention of the Court that the defendant is unable to pay for the cost of subsistence while at the residential reentry center, and it is, accordingly waived from the period from December 22, 2010 through June 23, 2011.

The Court notes, however, that the defendant remains liable for any subsistence costs which accrued during his initial June, 2010 through December 21, 2010, period at Volunteers of America, Evansville, Indiana, and Volunteers of America, Evansville, Indiana, shall not be limited by this Order to recover these accrued liabilities as permitted by applicable law.

**IT IS SO ORDERED.**

**DATE: 29 June, 2011**

/s/ WILLIAM D. STIEHL
DISTRICT JUDGE